UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SCOTT PAUL MADLOCK, | § § | |
| Petitioner, | § § | |
| v. | § § | SA-18-CA-1083-OLG (HJB) |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, | § § § § | |
| Respondent. | § § | |

**ORDER**

Before the Court is *pro se* Petitioner's Motion for Extension of Time to File Reply to Respondent's Answer (Docket Entry 22). The Court has reviewed Petitioner's motion for additional time and finds that his motion (Docket Entry 22) is hereby **GRANTED**.

Petitioner's deadline to reply to Respondent's Answer (Docket Entry 21) is extended to **February 7, 2019**.

**SIGNED** on January 3, 2019.

_____
Henry J. Bemporad
United States Magistrate Judge